No. 272, Misc.  FREY *v.* BANMILLER, PENITENTIARY SUPERINTENDENT.  Supreme Court of Pennsylvania. Certiorari denied.

No. 274, Misc.  HUNTER *v.* ADAMS, WARDEN.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 275, Misc.  BENJAMIN *v.* NEW YORK.  Court of Appeals of New York.  Certiorari denied.

No. 278, Misc.  TRUITT *v.* ILLINOIS.  C. A. 7th Cir. Certiorari denied.

No. 283, Misc.  WILLIAMS *v.* CALIFORNIA.  Supreme Court of California.  Certiorari denied.

No. 285, Misc.  BENNETT *v.* BYRUM ET AL.  Supreme Court of North Carolina.  Certiorari denied.

No. 287, Misc.  KLUMPP *v.* OHIO.  Supreme Court of Ohio.  Certiorari denied.  *William F. Hopkins* for petitioner.

No. 289, Misc.  ADAMS *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 310, Misc.  HOMAN *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.